**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

WAYNE CLARK,

      Petitioner,

      v.

WARDEN, JESUP FCI CAMP,

      Respondent.

CIVIL ACTION NO.: 2:25-cv-130

**O R D E R**

When Petitioner Wayne Clark ("Clark") did not file a timely response to Respondent's motion to dismiss, as directed, I issued a Report and Recommendation that the Court grant the motion to dismiss as unopposed and dismiss without prejudice Clark's 28 U.S.C. § 2241 Petition. Doc. 8. Clark has now filed a response to the motion to dismiss, although the response is undated. Doc. 9. Thus, I **VACATE** the February 12, 2026 Report and Recommendation and will consider the filings in this case in due course.

**SO ORDERED**, this 6th day of March, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA